THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,
1333 H Street NW, 11th Floor
Washington, DC 20005,

*Plaintiff*,

vs.

CONSUMER FINANCIAL PROTECTION
BUREAU,
1700 G Street NW
Washington, DC 20552,

*Defendant*.

Case No.

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. Plaintiff Democracy Forward Foundation ("Democracy Forward") brings this action against Defendant Consumer Financial Protection Bureau ("CFPB") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

2. Earlier this year, two payday lending groups sued the CFPB to challenge a rule regulating payday lenders that was issued under the CFPB's previous Director, Richard Cordray. Rather than defend the lawsuit, the CFPB, jointly with the plaintiffs, sought a stay of the payday lending rule, and of the litigation, while CFPB reconsidered its rule. The CFPB's refusal to defend its own rule and its decision instead to seek a judicial order staying the rule gave rise to concerns about the CFPB's conduct in the litigation.[1] Indeed, the district court ultimately

---

[1] *See, e.g.*, Center for Responsible Lending, Mulvaney's CFPB Joins with Payday Lenders in Seeking Delay of CFPB Payday Rule (May 31, 2018), https://www.responsiblelending.org/media/mulvaneys-cfpb-joins-payday-lenders-seeking-delay-cfpb-payday-rule.

1

rejected the attempt of the CFPB, together with the payday lending groups, to obtain a judicial order staying the rule.[2]

3. Based on these concerns regarding the CFPB's conduct, on June 11, 2018, Plaintiff submitted a FOIA request to CFPB requesting records reflecting communications between CFPB and the payday lending groups involved in the litigation.

4. CFPB has failed to respond sufficiently to Plaintiff's request. Plaintiff therefore respectfully requests that the Court compel Defendant to comply with the FOIA.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

6. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

7. Plaintiff Democracy Forward Foundation is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

8. Defendant CFPB is a federal agency within the meaning of FOIA, *see* 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. CFPB has possession, custody, and control of records that Democracy Forward has requested.

---

[2] *See* Kate Berry, *Federal Judge Rejects CFPB's Effort to Halt Payday Rule*, American Banker, June 13, 2018, https://www.americanbanker.com/news/judge-rejects-mick-mulvaneys-effort-to-halt-cfpbs-payday-rule.

## FACTUAL ALLEGATIONS

9. Plaintiff submitted a request to CFPB on June 11, 2018, for the following records:

    (1) All communications, including attachments, between (1) the CFPB and (2) the Consumer Financial Services Association of America, the Consumer Service Alliance of Texas, or their representatives, including but not limited to Michael A. Carvin, Christian G. Vergonis, or Laura Jane Durfee.

    (2) All schedules, calendars, and calendar entries, including all materials attached thereto or reviewed at the corresponding meeting, that include the Consumer Financial Services Association of America, the Consumer Service Alliance of Texas, or their representatives, including but not limited to Michael A. Carvin, Christian G. Vergonis, or Laura Jane Durfee. These records include, but are not limited to, calendar and scheduling information maintained by an assistant, including materials for the acting Director's book.

    (3) All documents, including but not limited to meeting notes, produced in or as a result of meetings or communications between the Bureau and the Consumer Financial Services Association of America, the Consumer Service Alliance of Texas, or their representatives, including but not limited to Michael A. Carvin, Christian G. Vergonis, or Laura Jane Durfee.

Ex. A, FOIA Request, at 2.

10. The request was limited to records created from November 24, 2017 to the date on which the search was performed.

11. Democracy Forward sought a waiver of search and duplicating fees for the FOIA request under 5 U.S.C. § 552(a)(4)(A)(iii) and 12 C.F.R. § 1070.22, which require waiver of fees if the disclosure is "likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Ex. A at 3-4.

12. CFPB's determination regarding Democracy Forward's FOIA request was due by July 10, 2018. *See* 5 U.S.C. § 552(a)(6)(A)(i).

13. CFPB sent Democracy Forward a letter on June 11, 2018, acknowledging receipt of the FOIA request and holding in abeyance the fee waiver request. Ex. B. at 2. The

acknowledgment letter did not inform Democracy Forward whether CFPB will comply with the FOIA request or produce the requested records.

14. On July 24, 2018, undersigned counsel called CFPB's FOIA office to obtain a status update on the FOIA request. The voicemail message was not returned.

15. On July 31, 2018, a Democracy Forward employee e-mailed CFPB's FOIA office to obtain a status update on the FOIA request. No response was received.

16. As of the date of this Complaint, Defendant CFPB has failed to notify Democracy Forward whether CFPB will comply with the FOIA request, *see* 5 U.S.C. § 552(a)(6)(A)(i), or to produce all requested records or demonstrate that they are lawfully exempt from production. *See id.* § 552(a)(6)(C). Nor has CFPB notified Democracy Forward of the scope of any responsive records Defendant intends to produce or withhold and the reasons for any withholdings, or informed Democracy Forward that it may appeal any adequately specific, adverse determination.

17. Because CFPB has "fail[ed] to comply with the applicable time limit provision" of the FOIA, even with the benefit of any extensions of time which CFPB might have claimed, Democracy Forward is "deemed to have exhausted [its] administrative remedies." *See id.* § 552(a)(6)(C)(i).

## CLAIM FOR RELIEF

### Count One (Violation of the FOIA), 5 U.S.C. § 552

18. Plaintiff repeats and incorporates by reference the foregoing paragraphs as if fully set forth herein.

19. By failing to respond to Plaintiff's request within the statutorily mandated time period, Defendant has violated its duties under FOIA, *see* 5 U.S.C. § 552 *et seq.*, including but not limited to its duties to conduct a reasonable search for responsive records, to take reasonable

steps to release all reasonably segregable nonexempt information, and to not withhold responsive records.

20. Plaintiff is being irreparably harmed by Defendant's violation of the FOIA, and Plaintiff will continue to be irreparably harmed until Defendant is compelled to comply with the FOIA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to discovery of records responsive to Plaintiff's FOIA request;

2. order Defendant to produce, by a date certain, any and all nonexempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3. enjoin Defendant from continuing to withhold any and all nonexempt records responsive to Plaintiff's FOIA request;

4. order Defendant to grant Plaintiff's request for a fee waiver;

5. award Plaintiff its attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

6. grant any other relief this Court deems appropriate.

Dated: August 23, 2018				Respectfully submitted,

							*/s/ Nitin Shah*
							Javier M. Guzman (D.C. Bar No. 462679)
							Nitin Shah (D.C. Bar No. 156035)
							Democracy Forward Foundation

P.O. Box 34553  
Washington, D.C. 20043  
(202) 448-9090  
jguzman@democracyforward.org  
nshah@democracyforward.org